# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142216

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SAMI ABU FARHA,
      Plaintiff-Appellant,

v

BEN NAKASH,
      Defendant-Appellee.

SC: 142216
COA: 288754
Wayne CC: 04-421307-CH

_____/

On order of the Court, the application for leave to appeal the August 31, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

0321

_____
Clerk